**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:26-CR-00123-SDJ-BD-1 |
| | § | |
| MILES QUINCY WILLIAMS | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Because the Government and Defendant did not reach a plea agreement at the final revocation hearing, the case proceeded to a final hearing on June 23, 2026, before the United States Magistrate Judge. During the hearing, the Government moved to dismiss allegation 2 of the Petition, and Defendant stipulated to the fact that he made terroristic threats to the named victim in this case. Accordingly, the United States Magistrate Judge found that Defendant violated allegation 1 of the Petition for Warrant or Summons for Offender Under Supervision (Dkt. #2, Sealed).

The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge,

the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of eighteen months, with a twelve-month term of supervised release to follow. All prior conditions imposed in the original judgment are reimposed here.

It is further **ORDERED** that the Government's motion to dismiss allegation 2 of the Petition is granted.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 13th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE